BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (State Bar No. 26202)
 mblecher@blechercollins.com
DAVID W. KESSELMAN (State Bar No. 203838)
 dkesselman@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071
Telephone:  (213) 622-4222
Facsimile:   (213) 622-1656

NOTE: CHANGES MADE BY THE COURT

Attorneys for Respondent
PARAGON SYSTEMS LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLIC OF KOREA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>PARAGON SYSTEMS LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　Respondents. | CASE NO. SACV10-00084 JVS (RNBx)<br><br>[PROPOSED] **PROTECTIVE ORDER** |

Upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation and [Proposed] Protective Order submitted by the parties on August 19, 2011 shall be entered**, subject to the following modification: The word "or" is stricken from the end of the first line of ¶ 4(b)(vii).**

Dated:  August 22 , 2011

_____
HONORABLE ROBERT N. BLOCK
United States Magistrate Judge